UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Frank Philbrook

    v.                                       Civil No. 08-cv-166-SM

Jason Lemire, et al.

## O R D E R

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $8.20 is due no later than July 1, 2008. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the New Hampshire State Prison for Men when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

    **SO ORDERED.**

                                              _/s/ James R. Muirhead_
                                              James R. Muirhead
                                              United States Magistrate Judge

Date: May 1, 2008

cc:    Frank Philbrook, pro se
       Bonnie S. Reed, Financial Administrator
       NH Department of Corrections, Inmate Accounts